IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES EDWARD JONES, SR.**                                               **PLAINTIFF**
**ADC #144544**

v.                      **CASE NO. 4:20-CV-00550 BSM**

**DEXTER PAYNE, Director,**                                                   **DEFENDANT**
**Arkansas Department of Correction**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Beth Deere [Doc. No. 3] has been received. After reviewing the record *de novo*, the RD is adopted. Jones's petition for writ of habeas corpus is denied, and this case is dismissed without prejudice. Jones's motion to proceed *in forma pauperis* [Doc. No. 1] is denied as moot.

IT IS SO ORDERED this 10th day June, 2020.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE